In re Citgo Petroleum Corporation;— Plaintiff(s); applying for writ of certiorari and/or review, supervisory and/or remedial writs, to the Court of Appeal, Third Circuit Nos. CW93-0385, CW93-0386, CW93-0387, CW93-0388, CW93-0389, CW93-0390, CW93-0391, CW93-0392, CW93-0393, CW93-0394, CW93-0395, CW93-0396, CW93-0397, CW93-0398, CW93-0399, CW93-0400, CW93-0401, CW92-0402, CW93-0626; Parish of Calcasieu, 14th Judicial District Court, Div. “F”, Nos. 87-1462, 87-1463, 87-1629, 87-2214, 87-2241, 87-2242, 87-3245, 87-3393, 87-3470, 87-5042, 87-5134, 87-5536, 88-932, 88-960, 88-1167, 88-1218, 88-1258, 88-1628, 88-3891.
Denied.
WATSON, J., would grant the writ.
ORTIQUE, J., not on panel.